8 So.2d 222

**ASSEMBLY NO. 671 SLAVISH SOCIETY U. S. A. et als. v. RAMSAY & Mc-CORMACK, Inc. et als.**

6 Div. 793.

Supreme Court of Alabama.

May 8, 1942.

Wm. D. Denson, of Birmingham, for appellants.

Crampton Harris, of Birmingham, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

4 So.2d 919

**F. A. BARROW v. W. L. BATES et als.**

7 Div. 672.

Supreme Court of Alabama.

Oct. 6, 1941.

Beddow, Ray & Jones, of Birmingham, for appellant.

Knox, Dixon, Dixon & Wooten, of Talladega, and L. H. Ellis, of Columbiana, for appellees.

PER CURIAM.

Appeal dismissed by agreement.

5 So.2d 839

**Ex parte Coleman BENSON.**

6 Div. 962.

Supreme Court of Alabama.

Dec. 18, 1941.

M. B. Grace and Phillip Joiner, both of Birmingham, for petitioner.

PER CURIAM.

Application for mandamus denied and petition dismissed as questions have become moot.

4 So.2d 919

**Annie BERRY, alias Reid v. STATE.**

8 Div. 153.

Supreme Court of Alabama.

Oct. 30, 1941.

W. L. Chenault, of Russellville, for petitioner.

Thos. S. Lawson, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., opposed.

GARDNER, Chief Justice.

Petition of Annie Berry, alias Annie Reid, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Berry, alias v. State, 4 So.2d 921.

Writ denied.

THOMAS, BROWN, and FOSTER, JJ., concur.